UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NATHAN JOVEE,<br><br>                   Plaintiff,<br><br>    v.<br><br>MEERA SHIN as a County of Snohomish contracted Guardian Ad Litem, COUNTY OF SNOHOMISH as a sub-division of the State of Washington, COUNTY OF SNOHOMISH SHERIFF, DEPUTY SHERIFF JIM SIMONESCHI as a County of Snohomish Deputy Sheriff, L.M.E., INC., as a Legal Service Provider for the County of Snohomish and DOES 1-50,<br><br>                   Defendants. | No.<br><br>NOTICE OF REMOVAL<br><br>(SKAGIT COUNTY SUPERIOR COURT, CAUSE NO. 22-2-00076-29) |

       Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, Defendant Deputy Sheriff Jim Simoneschi hereby removes the above-entitled action to the United States District Court for the Western District of Washington at Seattle.  Defendant states:

       1.      The above-entitled action was filed in the Superior Court of SKAGIT County, Cause No. 22-2-00076-29.  A true and correct copy of the Complaint is attached as Exhibit A.

       2.      Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. §1367, 28 U.S.C. §1441, and/or 28 U.S.C. §1443.

       3.      Plaintiff's various claims seek damages for violation of the Americans with Disabilities Act, 42 U.S.C. §12101 as well as state law claims.

NOTICE OF REMOVAL - 1
1285-00014/571492

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.  Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously served on Defendant are attached to counsel's verification.

5.  Defendant reserves any and all affirmative defenses, including but not limited to insufficient service of process.

6.  Counsel for all served Defendants have consented to removal of this action to federal court.

DATED: February 14, 2022

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: /s/ Shannon M. Ragonesi
Shannon M. Ragonesi, WSBA #31951
Attorney for Defendant Deputy Sheriff Jim Simoneschi

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: sragonesi@kbmlawyers.com

NOTICE OF REMOVAL - 2
1285-00014/571492

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant Snohomish County and Snohomish County Sheriff**
Deborah A. Severson
SNOHOMISH COUNTY PROSECUTING ATTORNEY'S OFFICE
3000 Rockefeller Avenue, M/S 504
Everett, WA 98201-4046
Phone: (425) 262-2105
Email: deborah.severson@co.snohomish.wa.us;
Stacy.Malmstead@co.snohomish.wa.us; Teresa.Kranz@co.snohomish.wa.us

**Attorneys for PRO SE**
Nathan Jovee
10115 Holly Drive, Apt. Q301
Everett, WA 98204
Phone: 425-530-7435
Email: njovee@gmail.com

DATED: February 14, 2022

/s/ Shannon M. Ragonesi
Shannon M. Ragonesi, WSBA #31951
Attorney for Defendant Deputy Sheriff Jim Simoneschi
801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: sragonesi@kbmlawyers.com

NOTICE OF REMOVAL - 3
1285-00014/571492

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423